#60592

UNCLAIMED FUNDS

FILED
2010 APR 20 PM 1:56

CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

APRIL 19, 2010

| Case No. | Details |
|---|---|
| 07-61580 | CHRISTOPHER ELDRIDGE<br>PATRICIA ELDRIDGE<br>DEBTORS DID NOT CASH CHECK<br>CHECK #423793 FOR $53.07<br>CHRISTOPHER ELDRIDGE<br>PATRICIA ELDRIDGE<br>536 SOUTH SPRING ST<br>BUCYRUS, OH 44820 |
| 06-60320 | DORIS DAVIS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #423794 FOR $8.18<br>ADVANCE AMERICA<br>313 LEXINGTON-SPRIGMILL ROAD<br>MANSFIELD, OH 44906 |
| 09-62246 | WILLIAM FRANCISCO<br>CREDITOR DID NOT CASH CHECK<br>CHECK #423795 FOR $16.98<br>HOME LOAN SERVICE<br>150 ALLEGHENY CENTER<br>PITTSBURGH, PA 15212 |
| 06-61339 | BRYAN GEORGE<br>AMY GEORGE<br>CREDITOR DID NOT CASH CHECK<br>CHECK #423796 FOR $200.00<br>FAIR FINANCIAL SERVICES<br>1500 CANTON RD<br>AKRON, OH 44312 |

```
        0 . *
       53 . 07 +
        8 . 18 +
       16 . 98 +
      200 . 00 +
    1,010 . 88 +
    1,289 . 11 *
```